IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA and the COMMONWEALTH OF VIRGINIA *ex rel.* ERIN CRAIG, *Plaintiffs,* v. SCOTT SAFFOLD, MD and CHESAPEAKE BAY ENT, P.C., *Defendants.* | Case No. 2:18-cv-435-EWH-RJK |

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs United States and the Commonwealth of Virginia (collectively, the Government), and Defendants Scott Saffold and Chesapeake Bay ENT, P.C., (collectively, the Parties) hereby submit notice to the Court that they have reached a settlement-in-principle concerning the claims set forth in the Government's Complaint in Intervention. The Parties anticipate the settlement documents will be finalized and executed within 30 days, at which time the Parties shall submit a Dismissal Order for entry by the Court.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By:   */s/ Clare P. Wuerker*
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, VA 22314

        Telephone – 703-236-3850
        Facsimile – 703-299-3983
        E-Mail – Clare.Wuerker@usdoj.gov
        Attorney for the United States

        COMMONWEALTH OF VIRGINIA

        _/s/ Kristin L. Gray_
        KRISTIN L. GRAY
        Assistant Attorney General (VSB No.)
        Virginia Office of the Attorney General
        202 North 9th Street
        Richmond, VA 23219
        P: (804) 786-0065
        kgray@oag.state.va.us
        Counsel to the Commonwealth of Virginia

        _s/ Sean B. O'Connell_
        Sean B. O'Connell (VSB No. 95281)
        BAKER DONELSON BEARMAN
          CALDWELL & BERKOWITZ, P.C.
        901 K Street NW, Suite 900
        Washington, D.C. 20001
        Tel.: (202) 508-3435
        soconnell@bakerdonelson.com

        Annie M. Kenville (_pro hac vice_)
        BAKER DONELSON BEARMAN
          CALDWELL & BERKOWITZ, P.C.
        100 Light Street, Suite 1900
        Baltimore, MD 21202
        Tel.: (410) 862-1321
        akenville@bakerdonelson.com

Dated: October 25, 2024