IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA and the COMMONWEALTH OF VIRGINIA<br><br>*ex rel.* ERIN CRAIG,<br><br>*Plaintiffs,*<br><br>v.<br><br>SCOTT SAFFOLD, MD and CHESAPEAKE BAY ENT, P.C.,<br><br>*Defendants.* | Case No.  2:18-cv-435-EWH-RJK |

STATUS REPORT

Plaintiffs United States and the Commonwealth of Virginia (collectively, the Government), and Defendants Scott Saffold and Chesapeake Bay ENT, P.C., (collectively, the Parties) have agreed on language to finalize their settlement-in-principle concerning the claims set forth in the Government's Complaint in Intervention. The Parties are only waiting on the necessary signatures from Government officials. The Parties now anticipate the settlement agreement will be finalized by December 30, 2024, and that the Parties will be prepared to move to dismiss the matter by January 10, 2025.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By:     */s/ Clare P. Wuerker*
Clare P. Wuerker
Assistant United States Attorney
Virginia Bar No. 79236
United States Attorney's Office

2100 Jamieson Ave.
Alexandria, VA 22314
Telephone – 703-236-3850
Facsimile – 703-299-3983
E-Mail – Clare.Wuerker@usdoj.gov
Attorney for the United States


COMMONWEALTH OF VIRGINIA


*/s/ Kristin L. Gray*
KRISTIN L. GRAY
Assistant Attorney General (VSB No.)
Virginia Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
P: (804) 786-0065
kgray@oag.state.va.us
Counsel to the Commonwealth of Virginia

Counsel for Defendants:

         s/ *Sean B. O'Connell*
Sean B. O'Connell (VSB No. 95281)
BAKER DONELSON BEARMAN
   CALDWELL & BERKOWITZ, P.C.
901 K Street NW, Suite 900
Washington, D.C. 20001
Tel.: (202) 508-3435
soconnell@bakerdonelson.com
Counsel for Defendants

Annie M. Kenville (*pro hac vice*)
BAKER DONELSON BEARMAN
   CALDWELL & BERKOWITZ, P.C.
100 Light Street, Suite 1900
Baltimore, MD 21202
Tel.: (410) 862-1321
akenville@bakerdonelson.com
Counsel for Defendants

2

Counsel for Relator:

    *s/ James Shoemaker*
James Shoemaker
Patten, Wornom, Hatten & Diamonstein, LLC
12350 Jefferson Ave., Ste. 300
Newport News, VA 23602
Phone: (757) 320-4171
Fax: (757) 223-4518
jshoemaker@pwhd.com
Counsel for Relator

Jonathan Kroner
6001 N. Ocean Dr., Suite 806
Hollywood, Florida 33019
Phone: (305) 310-6046
JK@floridafalseclaim.com
Counsel for Relator

Dated: December 20, 2024