IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA and
the COMMONWEALTH OF
VIRGINIA
*ex rel.* Erin Craig,
Plaintiffs,

v. Civil Action No. 2:18cv435

SCOTT SAFFOLD, MD and
CHESAPEAKE BAY ENT, P.C.,
Defendants.

**FINAL ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 62), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The matter is dismissed WITH PREJUDICE. The Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement. The Court DIRECTS the Clerk to close the case.

The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: January 14, 2025